43 A.3d 1166

ADS ASSOCIATES GROUP INC. AND BRENDAN ALLEN, PLAIN-
TIFFS–RESPONDENTS, v. ORITANI SAVINGS BANK, DEFEN-
DANT–PETITIONER, AND ASNEL DIAZ SANCHEZ, DEFEN-
DANT.

May 9, 2012.

It is ORDERED that the petition for certification is granted limited to the issue whether plaintiff can maintain a common law non-customer negligence claim against the bank.